No. 4,842.—STATE EX REL. JOSEPH SCANLAN ET AL.,
    RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control to annul an order of the District Court of Lewis and Clark County, A. J. Horsky, Judge, restraining relators, as members of the Republican State Central Committee, from holding any meeting under the provisions of section 2, Chapter 1, of the Laws of the Extraordinary Session of the Seventeenth

Legislative Assembly, from selecting a Republican National Committeeman and from exercising any of the powers, rights or privileges to be conferred upon them, by said section, until the further order of the court.

Decided March 29, 1921.

PER CURIAM.—On application of relators herein for a writ of supervisory control, after argument of counsel, it is after due consideration ordered that the writ issue. The court below and its judge are directed to modify the restraining order issued by it on Friday, March 25, 1921, so as to permit the relators and those associated with them, constituting the Republican State Central Committee, to hold the meeting for which they have assembled in the city of Helena, to transact the business for which the meeting has been called, and to elect a member of the Republican National Committee; provided, that the relators and their associates shall not certify such election to the Republican National Committee, until the action in which the restraining order was issued by the court below shall have been finally determined.

*Mr. T. B. Wier, Mr. W. E. Moore, Mr. H. C. Crippen* and *Mr. J. C. Lyndes,* for Relators.

*Mr. Henry C. Smith* and *Mr. C. A. Spaulding,* for Respondents.